# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOSEPH RANDALL DRODDY

VERSUS

MICHAEL PORTER AND HIS WIFE,
MELISSA DRODDY PORTER

NO.   2019 CW 0597

**JULY 25, 2019**

---

In Re:   Joseph Randall Droddy, applying for rehearing, 18th
         Judicial District Court, Parish of West Baton Rouge,
         No. 43922.

---

**BEFORE:   CRAIN, THERIOT, AND HOLDRIDGE, JJ.**

   **APPLICATION FOR REHEARING DENIED.**   See Rule 2-18.7, Uniform
Rules, Louisiana Courts of Appeal.

**WJC**
**MRT**

   **Holdridge, J.,** dissents and would grant the rehearing.

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT